**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Gonzalez Mendoza,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Nicholas Larkin, et al.,<br><br>　　　　Respondents. | No. CV-07-2343-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 5), respondents' response (doc. 11), and the report and recommendation of the United States Magistrate Judge recommending that the petition be denied and dismissed without prejudice for petitioner's failure to exhaust state court remedies (doc. 12). No objection to the report and recommendation has been filed and the time for doing so has lapsed.

The court accepts the recommended decision of the Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases. Therefore, **IT IS ORDERED DENYING** the amended petition for writ of habeas corpus (doc. 5).

DATED this 7th day of July, 2008.

　　　　　　　　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　　　　　United States District Judge